ALFRED W. ACKER, JR., ET AL. *v.* ROMMERRO H. FARRAH ET AL.
(AC 15752)

O'Connell, Lavery and Healey, Js.

Argued May 1—officially released June 3, 1997

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.

LUCILLE SHARP *v.* SHORELINE CARE LIMITED PARTNERSHIP ET AL.
(AC 15990)

O'Connell, Lavery and Landau, Js.

Submitted on briefs May 5—officially released June 3, 1997

Per Curiam. The judgment is affirmed.

BALDWIN PIANO AND ORGAN COMPANY *v.* CONTEMPORARY MISSION, INC.
(AC 16136)

O'Connell, Lavery and Landau, Js.

Submitted on briefs May 5—officially released June 3, 1997

Per Curiam. The judgment is affirmed.